UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLENN FULLER, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:14-cv-00051-SAB <br><br> ORDER RE STIPULATION TO EXTEND TIME <br><br> (ECF No. 11) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the December 21, 2013 Case Management Order is amended as follows:

1. Plaintiff shall file a settlement proposal on or before September 7, 2014;
2. Plaintiff's opening brief shall be filed on or before October 6, 2014;
3. Defendant's opposition shall be filed on or before November 7, 2014; and
4. Plaintiff may file a reply brief on or before November 21, 2014.

IT IS SO ORDERED.

Dated:  **August 6, 2014**

UNITED STATES MAGISTRATE JUDGE

-1-